PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
### for the
### District of Alaska

**RECEIVED**
JAN 17 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                    Case No.    4:04-cr-008-001 CR (RRB)

Merle Dean Apassingok

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 01/13/2008. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_REDACTED_

Marci D. Lundgren                    Date
Senior U.S. Probation/Pretrial
Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___17___ day of __January__, 20_08_

_REDACTED_

Ralph R. Beistline
U.S. District Court Judge